NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Andrew.Duncan@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L.<br><br>            Plaintiff,<br><br>    v.<br><br>United States of America,<br>            Defendant. | Case No.  2:19-cv-00911-JAD-VCF<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br>(First Request) |

Pursuant to Local Rule 6-1, the parties hereby stipulate to and request a 30-day extension of time for Defendant Untied States of America to file an answer or otherwise respond to Plaintiff's Amended Complaint.  (ECF No. 10).  Based on the date of service of the Summons and Amended Complaint on the United States, the answer or other response is due by August 26, 2019. With the extension, the deadline to answer or otherwise respond would be September 25, 2019.  The attorney assigned to this case on behalf of the United States has been seconded to Department of Justice in Washington, D.C., and the case will be reassigned to another attorney in the office. Additionally, Plaintiff's treatment has been ongoing, and additional information relating to her claims, which may bear on early resolution, is forthcoming. The parties do not anticipate that more than the 30 days requested will be necessary to reassign the case, while collecting and potentially evaluating updated records in the interim to determine whether early resolution is possible.

///

**WHEREFORE**, the parties respectfully request that this stipulation be granted and that the answer or other response be made due by **September 25, 2019**.

Respectfully submitted this 19th day of August 2019.

NICHOLAS A. TRUTANICH
United States Attorney

BENSON, BERTOLDO, BAKER & CARTER

*/s/ Andrew W. Duncan*
ANDREW W. DUNCAN, ESQ.
Assistant United States Attorney
*Attorneys for the United States*

*/s/ Brett A. Carter*
BRETT A. CARTER, ESQ.
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   9-4-2019

_____