BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
Bertoldo Baker Carter & Smith
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email: Carter@nvlegaljustice.com and
Lindsay@nvlegaljustice.com
Attorneys for Plaintiffs
    LOPEZ

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L., <br><br>    Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendants. | CASE NO: 2:19-cv-00911-JAD-VCF <br><br> ECF No. 18 |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' SECOND CAUSE OF ACTION AND CLAIM FOR ATTORNEY'S FEES AND PREJUDGMENT INTEREST, ONLY**

IT IS HEREBY STIPULATED between parties above named, by and through their respective counsel of record by and between, that Plaintiffs' Second Cause of Action against Defendant and the claim for attorney's fees and prejudgment interest for, <u>only</u>, shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED that Defendant will have until October 21, 2019, in which to file its Answer to Plaintiffs' negligence claims.

DATED this <u>14th</u> day of October, 2019.

BERTOLDO BAKER CARTER & SMITH

<u>/s/ Brett A. Carter, Esq.</u>
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
7408 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Plaintiffs
    LOPEZ

DATED this <u>14th</u> day of October, 2019.

<u>/s/ Holly A. Vance, Esq.</u>
NICHOLAS A. TRUTANICH, ESQ.
Nevada Bar Number 13644
United States Attorney
HOLLY A. VANCE, ESQ.
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
Attorneys for Defendant
    USA

**ORDER**

Based on the parties' stipulation [18] and good cause appearing, IT IS HEREBY ORDERED that Defendant has until October 21, 2019, to answer plaintiff's negligence claim. However, because the court granted [17] the motion to dismiss [16] before this stipulation was entered, the stipulation about the dismissal of the claims and prayers addressed by that motion to dismiss [16] is rejected as moot.

_____
U.S. District Judge Jennifer Dorsey
Dated: October 16, 2019

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333