# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L.,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

2:19-cv-0911-JAD-VCF

**ORDER**

Before the Court is Defendant's Motion to Shorten Time (ECF NO. 30).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion to Shorten Time (ECF NO. 30) is GRANTED in part. Discovery deadlines are VACATED pending further order of the court.

IT IS FURTHER ORDERED that Defendant's Motion to Extend Remaining Deadlines (ECF No. 30) will be briefed in the ordinary course.

DATED this 15th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE