BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
Bertoldo Baker Carter & Smith
7408 West Sahara Avenue
Las Vegas, Nevada  89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
Email: Carter@nvlegaljustice.com and
Lindsay@nvlegaljustice.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO: 2:19-cv-00911-JAD-VCF <br><br><br> **JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

COME NOW Plaintiffs ALEXANDRA LOPEZ and D.L. (hereinafter Plaintiffs), by and through their attorneys of record, Brett A. Carter, Esq., and Lindsay L. Cullen, Esq., of the law firm of Bertoldo Baker Carter & Smith, and Defendant UNITED STATES OF AMERICA (hereinafter USA), by and through their attorney of record, Holly Vance, Esq., of the United States Attorney's office, and they hereby submit this Joint Motion for Leave to File Documents Under Seal.

Pursuant to LR IA 10-5 and LR IC 6-1 ("parties must refrain from…[using names of minor children]"), Plaintiffs and Defendant USA hereby move for leave to file the Petition for Compromise of Minor's Claim, the resulting Order, and related documents to the compromise of the minor's claim.  The parties have reached a settlement of Plaintiffs' claims.  As Plaintiff D.L. is a

1

minor child, and this minor's settlement does require a minor's compromise pursuant to NRS § 41.200, the sealing of these documents will allow for the minor's full legal name to be included within the Petition and Order, which a Nevada bank does require in order to establish and open a blocked trust account for the minor's proceeds. See **Exhibit 1**, *Declaration of Brett A. Carter, Esq.* Therefore, the parties file this joint motion and seek leave to file these documents under seal.

DATED this 1st day of September, 2021.

BERTOLDO BAKER CARTER & SMITH

*/s/ Brett A. Carter, Esq.*
BRETT A. CARTER, ESQ.
Nevada Bar No.: 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No.: 12364
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiffs

DATED this 1st day of September, 2021.

*/s/Holly A. Vance, Esq.*
NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, Nevada 89501
Attorneys for Defendants

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-1-2021

2

# DECLARATION OF BRETT A. CARTER IN SUPPORT OF JOINT MOTION FOR LEAVE TO AMEND TO FILE DOCUMENTS UNDER SEAL

STATE OF NEVADA            )
                           ) ss:
COUNTY OF CLARK            )

I, BRETT A. CARTER, ESQ., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge:

1. Affiant is an attorney at law, duly licensed before all of the courts of Nevada, and I am an attorney with the law firm of Bertoldo Baker Carter & Smith, attorneys of record for ALEXANDRA LOPEZ and D.L. (hereinafter "Plaintiffs"). I know the following facts to be true of my own knowledge, and, if called to testify, I could competently do so.

2. I make this Declaration in support of the Joint Motion for Leave to File Documents Under Seal pursuant to LR IA 10-5 and LR IC 6-1.

3. The parties have reached a settlement of Plaintiffs' claims. Plaintiff D.L. is a minor child born March 26, 2006. This minor's settlement does require a minor's compromise pursuant to NRS § 41.200. The sealing of these documents will allow for the minor's full legal name to be included within the Petition and Order, which a Nevada bank does require in order to establish and open a blocked trust account for the minor's proceeds.

Pursuant to NRS § 53.045, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September, 2021.

*/s/ Brett A. Carter, Esq.*
Brett A. Carter, Esq.