BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY CULLEN, ESQ.
Nevada Bar No. 12364
BERTOLDO BAKER CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Ph (702) 228-2600
Fax (702) 228-2333
Carter@nvlegaljustice.com and
Lindsay@nvlegaljustice.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO: 2:19-cv-00911-JAD-VCF |

## ORDER GRANTING AUTHORITY TO ACCEPT COMPROMISE OF MINOR'S CLAIM

The Petitioner, Alexandra Camille Lopez, individually and on behalf of the minor child D.L., submitted the Petition to Compromise Claim of Minor Child pursuant to NRS 41.200. On October 13, 2021, a motion hearing was held via videoconference before the Honorable Judge Jennifer A. Dorsey, with Brett Carter, Esq., appearing on behalf of the Plaintiffs, and Holly Vance, Esq. appearing on behalf of the Defendant United States of America. For good cause appearing therefore:

**IT IS HEREBY ORDERED**:

1. That said Order approve, ratify and confirm this settlement and compromise for and on behalf of said minor child, D.L.

2. That Petitioner be authorized to accept said compromise in the amount of $25,000.00 on behalf of this minor child.

3. That Petitioner be authorized to pay to Bertoldo Baker Carter & Smith, the sum of $738.94 as and for minor's legal costs.

4. The Petitioner be authorized to pay the sum of $588.31 as and for health insurance lien reimbursement for paid medical expenses, through the settlement proceeds as itemized above.

5. The Petitioner be authorized to pay the sum of $1,523.32 as and for payment of a reduced and outstanding balance for related medical treatment to Katrin Kaleta, D.C., of Injury Care Chiropractic, through the settlement proceeds as itemized above.

6. The Petitioner be authorized to pay the sum of $933.32 as and for payment of a reduced and outstanding balance for related medical treatment to Rafael Mirchou, M.D., through the settlement proceeds as itemized above.

7. That Petitioner hold the remaining monies of $21,216.11 on behalf of D.L., in a blocked account in this minor child's name until the minor child reaches the age of eighteen (18) years; and

8. That the funds deposited in the blocked account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval, upon showing that the withdrawal is in the best interest of the minor child. The Petition, and any amended petition filed thereafter, must include a verification signed by Petitioner pursuant to NRS 15.010.

9. That that the Court is waiving the annual accounting requirement.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2022