CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89504
775-784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA CAMILLE LOPEZ, Individually and on behalf of minor child, D.L., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:19-cv-00911-JAD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 44 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

DATED: February 25, 2022.

| | |
|---|---|
| CHRISTOPHER CHIOU <br> Acting United States Attorney <br><br> /s/ Holly A. Vance <br> HOLLY A. VANCE <br> Assistant United States Attorney | BERTOLDO BAKER CARTER & SMITH <br><br><br> /s/ Brett A. Carter <br> BRETT A. CARTER <br> Attorney for Plaintiff |

**Based on the parties' stipulation [44], IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
March 1, 2022